Clyde R. Travis, appellee, v. Willie Curry, appellant. Gen. No. 26,000.

Action in replevin for an automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920. Rehearing denied July 12, 1920.

C. J. Waring, for appellant. No appearance for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

William Zuetell, appellee, v. Charles Benson and Ralph A. Drain, appellants. Gen. No. 26,009.

Trover for a one-story temporary office building. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920. Rehearing denied July 12, 1920.

Sinden, Hassell & Osusky, for appellants; Fred W. Story, of counsel. Butz, von Ammon & Marx, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Hannah Lavander, appellee, v. Chicago Railways Company and Chicago City Railway Company, appellants. Gen. No. 26,018.

Action to recover for injuries sustained while boarding street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellants; John R. Guilliams and Warner H. Robinson, of counsel. Earl J. Walker, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Roy Passey and Joseph Broadbent, surviving partners trading as George Passey & Company, defendants in error, v. Samuel C. Pirie et al., trading as Carson, Pirie, Scott & Company, plaintiffs in error. Gen. No. 25,275.

Action for malicious prosecution. Judgment for plaintiffs. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1919. Reversed with findings of fact. Opinion filed June 28, 1920.

David K. Tone and Hiner, Bunch & Latimer, for plaintiffs in error. No appearance for defendants in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Harry F. Clemmer, plaintiff in error, v. Anna Lucas, defendant in error. Gen. No. 25,784.

Action in replevin for household furniture. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

P. R. Boylan and Herbert R. Lloyd, for plaintiff in error. Abel B. Kretske for defendant in error; Frank T. Huening, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.